No. 03–9275. UNDER SEAL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9277. NELSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–9281. WEST v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–9288. CONTRERAS OJEDA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9289. MEZA-URTADO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.